UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | Criminal No. 07-30022-MAP |
| v. | ) | |
| | ) | 21 U.S.C. § 851(a)(1) |
| | ) | (Sentence Enhancement for Prior Drug |
| SARAIL ARCHILLA | ) | Convictions) |

## INFORMATION

Comes now the United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Alex J. Grant, Assistant United States Attorney, pursuant to Title 21, United States Code, Section 851(a)(1), and states that it is the intent of the United States to rely upon two previous felony drug convictions of defendant Sarail Archilla (also known as Sarial Archilla, Sarail Archilla Natal, Dwight M. Reid, Busy Mike, and Busy) to increase the punishment that may be imposed by this Court upon defendant Sarail Archilla's convictions for the drug offenses alleged in Count One of the Superseding Indictment in the above-captioned matter.

The prior felony convictions (under the name of Dwight Reid) upon which the Government intends to rely regarding Sarail Archilla are the following:

| Date of Disposition | Offense | Docket Number | Court |
| --- | --- | --- | --- |
| 9/23/99 | Trafficking in Controlled Substance (Cocaine) Poss. with intent to Distribute Controlled Substance in School Zone | 94-2157 94-2158 | Hampden County Superior Court |

| 9/16/98 | Trafficking in Trafficking in Controlled Substance (Cocaine) Trafficking in Trafficking in Controlled Substance (Cocaine) | 98-0500 98-0501 | Berkshire County Superior Court |

Certified copies of the convictions have been ordered, and they will be maintained by the undersigned attorney for the government.

Filed this 13th day of December, 2007.

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney


          /s/ Alex J. Grant
          ALEX J. GRANT
          Assistant United States Attorney


## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

          /s/ Alex J. Grant
          Alex J. Grant
          Assistant United States Attorney