UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO.   07-30022-MAP |
| ) | |
| v.                                 ) | VIOLATIONS: |
| ) | |
| 1.  RODDRICK GANIOUS,              ) | 21 U.S.C. § 846 |
|   a/k/a "Rod,"                   ) | Conspiracy to Possess with |
| 2.  SARAIL ARCHILLA,               ) | Intent to Distribute and |
|   a/k/a "Sarial Archilla,"       ) | Distribution of Cocaine |
|   a/k/a "Sarail Archilla Natal,")| |
|   a/k/a "Dwight M. Reid,"        ) | 21 U.S.C. § 841(a)(1) |
|   a/k/a "Busy Mike,"             ) | Possession with Intent to |
|   a/k/a "Busy,"                   ) | Distribute and Distribution |
| 3.  ELIAS MADERA,                  ) | of Cocaine |
|   a/k/a "E,"                      ) | |
| 4.  BRENDA GOOD,                   ) | 18 U.S.C. § 2 |
|   a/k/a "B"                       ) | Aiding and Abetting |
| ) | |
| ) | 21 U.S.C. § 853 |
|       Defendants.            ) | Criminal Forfeiture |
| ) | |

SECOND SUPERSEDING INDICTMENT

The Grand Jury charges:

COUNT ONE:     (21 U.S.C. § 846:  Conspiracy to Possess with
               Intent to Distribute and Distribution of Cocaine)

    1.     From in or about February, 2006, to on or about

September 20, 2006, in Hampden County, in the District of

Massachusetts and elsewhere,

                1.   RODDRICK GANIOUS,

                2.   SARAIL ARCHILLA,

                3.   ELIAS MADERA, and

                  4.   BRENDA GOOD,

defendants herein, did knowingly and intentionally combine,

conspire, confederate and agree with each other and other persons

known and unknown to the Grand Jury to possess with intent to

distribute, and distribute, cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2.    It is further alleged that the conspiracy described herein involved 5000 grams or more of a mixture and substance containing a detectable amount of cocaine.   Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(ii) applies to this Count.

All in violation of Title 21, United States Code, Section 846.

COUNT TWO:     (Title 21, United States Code, Section 841:
               Possession with Intent to Distribute and
               Distribution of Cocaine; Title 18 United States
               Code, Section 2:  Aiding and Abetting)

On or about February 16, 2006, in Hampden County, in the

District of Massachusetts,

1.  RODDRICK GANIOUS,

defendant herein, did knowingly and intentionally possess with

intent to distribute, and distribute cocaine, a Schedule II

controlled substance.

All in violation of Title 21, United States Code, Section

841(a)(1), and Title 18, United States Code, Section 2.

COUNT THREE:    (Title 21, United States Code, Section 841:
                Possession with Intent to Distribute and
                Distribution of Cocaine; Title 18 United States
                Code, Section 2:  Aiding and Abetting)

    1.    On or about August 2, 2006, in Hampden County, in the
District of Massachusetts,

                    1.  RODDRICK GANIOUS,

defendant herein, did knowingly and intentionally possess with
intent to distribute, and distribute cocaine, a Schedule II
controlled substance.

    2.    The grand jury further charges that the offense
described in Count Three involved 500 grams or more of a mixture
and substance containing cocaine.  Accordingly, Title 21, United
States Code, Section 841(b)(1)(B)(ii) applies to this Count.

    All in violation of Title 21, United States Code, Section
841(a)(1), and Title 18, United States Code, Section 2.

4

COUNT FOUR:    (Title 21, United States Code, Section 841:
Possession with Intent to Distribute and
Distribution of Cocaine; Title 18 United States
Code, Section 2:  Aiding and Abetting)

    1.    On or about August 22, 2006, in Hampden County, in the
District of Massachusetts,

2.  SARAIL ARCHILLA,

defendant herein, did knowingly and intentionally possess with
intent to distribute, and distribute cocaine, a Schedule II
controlled substance.

    2.    The grand jury further charges that the offense
described in Count Four involved 500 grams or more of a mixture
and substance containing cocaine.  Accordingly, Title 21, United
States Code, Section 841(b)(1)(B) applies to this Count.

    All in violation of Title 21, United States Code, Section
841(a)(1), and Title 18, United States Code, Section 2.

FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The Grand Jury further charges that:

1.    Upon conviction of one or more of the offenses alleged in Counts One, Two, Three, and Four of this Indictment,

1.   RODDRICK GANIOUS,

2.   SARAIL ARCHILLA,

3.   ELIAS MADERA, and

4.   BRENDA GOOD,

defendants herein, shall forfeit to the United States any and all property constituting, or deriving from, any proceeds the defendants obtained, directly or indirectly, as a result of such offenses; and/or property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such offense.

2.    If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants,

(a)   cannot be located upon the exercise of due diligence;

(b)   has been transferred or sold to, or deposited with, a third party;

(c)   has been placed beyond the jurisdiction of the Court;

(d)   has been substantially diminished in value; or

(e)   has been commingled with other property which

6

cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

Pamela A. Barber
FOREPERSON OF THE GRAND JURY

Alex Grant
ALEX J. GRANT
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS:

Returned into the District Court by the Grand Jurors and filed on August 26, 2008 at 2 35 pm.

DEPUTY CLERK OF COURT

7