# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 07-30022-MAP |
| ) | |
| SARAIL ARCHILLA, ) | |
|     Defendant ) | |

## NOTICE OF WITHDRAWAL OF INFORMATION

Comes now the United States of America, by and through Carmen M. Ortiz, United States Attorney for the District of Massachusetts, and Alex J. Grant and Michelle L. Dineen Jerrett, Assistant United States Attorneys, states that it is withdrawing the Information previously filed pursuant to Title 21, United States Code, Section 851(a)(1), which gave notice of the defendant's prior drug felony convictions.

    Respectfully submitted,

    Carmen M. Ortiz
    United States Attorney

By:    /s/ Alex J. Grant
        ALEX J. GRANT
        Assistant U.S. Attorney

By:    /s/ Michelle L. Dineen Jerrett
        MICHELLE L. DINEEN JERRETT
        Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Michelle L. Dineen Jerrett
MICHELLE L. DINEEN JERRETT
Assistant United States Attorney

Date:   July 9, 2010